UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CORAIIMA MARRERO,

    Plaintiff,

v.                                     Case No. 6:18-cv-147-Orl-37DCI

O'REILLY AUTOMOTIVE STORES, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation for Dismissal with Prejudice. (Doc. 20). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 23, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record